ACCEPTED
13-14-00402-CV
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
12/24/2014 11:57:28 AM
DORIAN RAMIREZ
CLERK

**CAUSE NO. 13-14-00402-CV**

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
12/29/2014 8:00:00 AM
DORIAN E. RAMIREZ
Clerk

**IN THE COURT OF APPEALS FOR**
**THE THIRTEENTH JUDICIAL DISTRICT OF TEXAS,**
**CORPUS CHRISTI**

---

**RALPH WADE KOOPMANN, ET AL.,**

**Cross-Appellants/Plaintiffs,**

**v.**

**CONOCOPHILLIPS, ET AL.,**

**Cross-Appellees/Defendants,**

---

**On Appeal from the 24th Judicial District Court of Dewitt County, Texas**
**Trial Cause No. 12-07-22, 354, Hon. Kemper Stephen Williams Presiding**

---

**CROSS-APPELLANTS' JOINT AMENDED BRIEF**
**PART 3**

---

**Mike Johanson,#10670400**
**Todd Taylor, #00785087**
**Chris M. Volf, #24033299**
**JOHANSON & FAIRLESS, L.L.P.**
**1456 First Colony Boulevard**
**Sugar Land, Texas 77479**
**(281) 313-5000/(281) 340-5100 Fax**

**Ronald B. Walker, #20728300**
**WALKER KEELING, L.L.P.**
**120 S. Main, Suite 500**
**P.O. Box 108**
**Victoria, Texas 77902**
**(361) 576-6800/(361) 576-6196 Fax**

*Counsel for Cross-Appellants Ralph Wade Koopmann,*
*Karen Marie Koenig, and Lorene H. Koopmann*